James A. McFaul, Esq. (SBN 030472)
DUNN DESANTIS WALT & KENDRICK, LLP
750 B Street, Suite 2620
San Diego, CA 92101
Telephone: (619) 573-4488
Facsimile:  (619) 255-4868
JMcFaul@ddwklaw.com

Gary J. Cohen (SBN 015002)
MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, AZ 85701
Telephone: (520) 624-8886
Facsimile:  (520) 798-1037
gcohen@mcrazlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>     Plaintiffs,<br><br>vs.<br><br>AMERICAN PONY EXPRESS, INC., an Arizona corporation; ARIZONA TAXI MANAGEMENT, LLC, an Arizona limited liability company; and VIP TAXI LLC., an Arizona limited liability company,<br><br>     Defendants. | CASE NO. 4:18-CV-00440-JGZ<br><br>**JOINT MOTION BY ALL PARTIES TO REMAND ACTION TO ARIZONA SUPERIOR COURT, PIMA COUNTY**<br><br>DATE:<br>TIME:<br>DEPT:<br><br>JUDGE:  Hon. Jennifer G. Zipps<br>ACTION FILED:    8/30/18<br>TRIAL DATE:      Not Set |

## I. INTRODUCTION

Plaintiff Travelers Property Casualty Company of America ("Plaintiff") filed this matter in the Arizona Superior Court, Pima County.  On August 30, 2018, Defendants American Pony Express, Inc., Arizona Taxi Management, LLC and VIP Taxi, LLC (collectively "Defendants") removed this action to Federal Court on the basis of diversity of citizenship.  Following meeting and conferring between the parties, Defendants and

Plaintiff hereby jointly move to remand this action to the Arizona Superior Court, Pima County.

## II. FACTUAL BACKGROUND

Plaintiff filed this matter in the Superior Court, State of Arizona, Pima County, on July 31, 2018. [Doc. 1-3, pp.3-9.] Defendants, through counsel, accepted service the same date. [Doc. 1-3, p.2.]

Plaintiff is a citizen of Connecticut. [Doc. 1-3, p.3.] Defendants are citizens of Arizona. [Id.] Defendants filed a Notice of Removal based on the assertion of complete diversity, removing this matter to this Court on August 30, 2018. [Doc. 1.]

Following Defendants' removal of this action, counsel for the parties met and conferred regarding the removal. Since Defendants' removal was entirely based on diversity of citizenship, and Plaintiff does not wish to waive the right to remand this action, Defendants agreed to file this joint motion to remand.

## III. Remand to the Arizona Superior Court, Pima County, is Warranted

The district courts have original jurisdiction "of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between (1) citizens of different States." 28 U.S.C. § 1332(a). Because complete diversity exists in this matter [Doc. 1-3, p.3.], Defendants removed this matter to this Court.

Following Defendants' filing of the Notice of Removal, Plaintiff and Defendants met and conferred regarding the removal. Plaintiff pointed to 28 U.S.C. § 1441, which provides that "[a] civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) . . . may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441. This statute – known as the "forum defendant rule" – is procedural rather than jurisdictional and requires an objecting plaintiff to file such within 30 days of removal. *SWC Inc. v. Elite Promo, Inc.*, 234 F.Supp.3d 1018, 1021-1022 (N.D.Cal. 2017), *citing Lively v. Wild Oats Mkts., Inc.*, 456 F.3d 933, 940 (9th Cir. 2006).

Plaintiff does not consent to this removal and will not waive its right to remand. Accordingly, the parties have agreed to remand this action and respectfully request that the Court remand this matter to the Superior Court, State of Arizona.

## IV. CONCLUSION

For the foregoing reason, Plaintiff and Defendants respectfully request that the Court remand this matter to the Superior Court, State of Arizona, Pima County.

Dated: September 5, 2018

DUNN DESANTIS WALT & KENDRICK, LLP

By: /s/ James A. McFaul
James A. McFaul

Attorneys for Defendants, AMERICAN PONY EXPRESS, INC., ARIZONA TAXI MANAGEMENT, LLC, and VIP TAXI LLC

SNELL & WILMER, L.L.P.

By: /s/ Joseph A. Kroeger (w/ permission)
Joseph A. Kroeger

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

25I3209