# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Travelers Property Casualty Company of America, a Connecticut corporation,<br><br>  Plaintiffs,<br><br>vs.<br><br>American Pony Express, Inc., an Arizona corporation; Arizona Taxi Management, LLC an Arizona limited liability company; and Vip Taxi LLC., an Arizona limited liability company,<br><br>  Defendants. | CASE NO. 4:18-CV-00440-JGZ<br><br>**ORDER** |

Upon consideration of the parties' Joint Motion by All Parties to Remand Action to Arizona Superior Court, Pima County (Doc. 9),

IT IS ORDERED that this matter is remanded to the Superior Court of the State of Arizona in and for the County of Pima.

Dated this 6th day of September, 2018.

_____
Honorable Jennifer G. Zipps
United States District Judge